# Exhibit B

To Defendant Eli Lilly and Company's
Notice of Removal of Civil Action

Case being removed:
*Trina A Sugrue, et al. v. v. Eli Lilly and Company, et al.*
D.C. Superior Ct. Civil Action No. 0001832-06

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**TRINA A. SUGRUE**                    \*
**16 Highland Drive**                    \*
**Pembroke, MA 02359**                    \*
                                          \*
**PAUL SUGRUE**                          \*
**16 Highland Drive**                    \*    CIVIL ACTION _____
**Pembroke, MA 02359**                    \*
                                          \*    SUPERIOR COURT NO. 0001832-06
                            **Plaintiffs,**  \*
                                          \*
            **vs.**                        \*
                                          \*
**ELI LILLY AND COMPANY, et al.**          \*
                                          \*
                           **Defendants.**  \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT BRISTOL-MYERS SQUIBB COMPANY'S CONSENT TO REMOVAL

Defendant Bristol-Myers Squibb Company, with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 0001832-06), to this Court.

Sidney G. Leech

Sidney G. Leech
Goodell, Devries, Leech & Dunn, L.L.P.
One South Street, 20th Floor
Baltimore, Maryland 21202
Telephone: (404) 783-4000
Facsimile: (404) 783-4040

**ATTORNEYS FOR BRISTOL-MYERS
SQUIBB COMPANY**

1963276v1