# Exhibit C

## To Defendant Eli Lilly and Company's Notice of Removal of Civil Action

Case being removed:
*Trina A Sugrue, et al. v. v. Eli Lilly and Company, et al.*
D.C. Superior Ct. Civil Action No. 0001832-06

124658v1

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| TRINA A. SUGRUE <br> 16 Highland Drive <br> Pembroke, MA 02359 <br><br> PAUL SUGRUE <br> 16 Highland Drive <br> Pembroke, MA 02359 <br><br>                     Plaintiffs, <br><br> vs. <br><br> ELI LILLY AND COMPANY, <br> Lilly Corporate Center <br> Indianapolis, IN 46285, and <br><br> BRISTOL-MYERS SQUIBB COMPANY <br> a successor of E.R. SQUIBB & SONS, INC., <br> P.O. Box 4500 <br> Princeton, NJ 08543 <br>                     Defendants. | SUPERIOR COURT NO. 0001832-06 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL TO FEDERAL COURT

TO:   THE CLERK OF THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA, CIVIL DIVISION.

      PLEASE TAKE NOTICE that on the 26th day of April, 2006, defendant Eli Lilly and Company filed in the United States District Court for the District of Columbia, a Notice of Removal of the above styled action. A true copy of such Notice of Removal is attached hereto as Exhibit "1" and is incorporated herein by reference.

1963013v1

Pursuant to 28 U.S.C. Section 1446(d), the filing of the attached Notice of Removal has effected the removal of the above styled action, and the Superior Court of the District of Columbia, Civil Division, should proceed no further unless and until this case is remanded.

Respectfully submitted,

*Michelle R Mangrum*
Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
Emily J. Laird, D.C. Bar No. 485890
SHOOK, HARDY & BACON, L.L.P
600 14TH Street, NW Suite 800
Washington, D.C. 20005-2004
Phone: (202) 783-8400
Fax: (202) 783-4211

and

David W. Brooks
Mark C. Hegarty
John F. Kuckelman
Jonathan H. Gregor
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550
Fax: (816) 421-5547


**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of April, 2006, a copy of the foregoing has been furnished by U.S. Mail, postage prepaid, to counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorney for Plaintiff**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

**Attorneys for Bristol Myers Squibb Company**

_____
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**