THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| TRINA A. SUGRUE and PAUL SUGRUE, | * |
| Plaintiffs, | * |
| | CIVIL ACTION _____ |
| vs. | * |
| | SUPERIOR COURT NO. 0001832-06 |
| ELI LILLY AND COMPANY and BRISTOL-MYERS SQUIBB COMPANY, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT ELI LILLY AND COMPANY'S DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, Eli Lilly and Company has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: April 26, 2006

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

*/s/ Michelle R. Mangrum*
Michelle R. Mangrum, DC Bar No. 473634
John Chadwick Coots, DC Bar No. 461979
Emily J. Laird, D.C. Bar No. 485890
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone; (202) 783-4211 Fax

1963092v1

and

David W. Brooks
Mark C. Hegarty
John F. Kuckelman
Jonathan H. Gregor
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd. Kansas City, Missouri  64108
(816) 474-6550 Telephone; (816) 421-5547 Fax

**Attorneys For Defendant
Eli Lilly And Company**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of April, 2006 a true and accurate copy of the foregoing has been furnished by first-class U.S. Mail, postage prepaid, to counsel of record listed below.

>Aaron M. Levine, Esq.
>Aaron Levine & Associates
>1320 19th St., NW, Suite 500
>Washington, D.C. 20036
>
>**Attorneys for Plaintiffs**
>
>Sidney G. Leech
>Goodell, DeVries, Leech & Dann, LLP
>One South Street, 20th Floor
>Baltimore, MD 21202
>
>**Attorneys for Bristol Myers Squibb Company**

_____
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**