IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRINA A. SUGRUE, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 1:06-cv-00764(GK) |
| ] | Next Event: Initial Scheduling Conference |
| **ELI LILLY AND COMPANY, et al.,** ] | on May 12, 2006 at 10:00 a.m. |
| ] | |
| **Defendants.** ] | |

### [PROPOSED] SCHEDULING ORDER

The parties suggest the following schedule:

September 11, 2006:     Deadline for serving Discovery Requests.

October 11, 2006:     Deadline for plaintiffs to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

December 11, 2006:     Deadline for defendants to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

January 10, 2007:     All Discovery closed. The parties agree that experts may be deposed until the close of discovery.

February 12, 2007:     Deadline for filing Dispostive Motions.

April 2007:     Pre-Trial Conference.

*N.B. In addition, Defendant Lilly proposes June 16, 2006 as the deadline for joinder or amending the pleadings.*

DATED: _____    _____
                                                                      GLADYS KESSLER
                                                                      United States District Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| AARON M. LEVINE & ASSOCIATES | SHOOK, HARDY & BACON, L.L.P. |
| /s/ Aaron M. Levine<br>AARON M. LEVINE, #7864<br>1320 19th Street, N.W., Suite 500<br>Washington, DC  20036<br>202-833-8040<br><br>Counsel for Plaintiffs | /s/ Michelle R. Mangrum (by permission-rm)<br>MICHELLE R. MANGRUM, #473634<br>600 14th Street, N.W., Suite 800<br>Washington, DC  20005-2004<br>202-223-1200<br><br>and<br><br>David W. Brooks, Esq.<br>Mark C. Hegarty, Esq.<br>John F. Kuckelman, Esq.<br>SHOOK, HARDY & BACON, L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO  64108<br>816-474-6550<br><br>Counsel for Defendant Eli Lilly and Company<br><br>GOODELL, DEVRIES, LEECH & DANN LLP<br><br>/s/ Sidney G. Leech (by permission-rm)<br>SIDNEY G. LEECH, #359071<br>One South Street, 20th Floor<br>Baltimore, MD  21202<br>410-783-4000<br><br>Counsel for Defendant Bristol-Myers Squibb |

Dated: May 1, 2006