UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TRINA A. SUGRUE**, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 06-764 (GK) |
| | : | |
| **ELI LILLY AND COMPANY**, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## SCHEDULING ORDER

The case shall follow the following schedule:

**June 16, 2006:**           Deadline for joinder or amending the pleadings.

**September 11, 2006**:      Deadline for serving discovery requests.

**October 11, 2006:**        Deadline for Plaintiffs to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

**December 11, 2006**:       Deadline for Defendants to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

**December 19, 2006 at 9:30 a.m.:**   Status Conference

**January 10, 2007:**        All discovery closed.  The parties agree that experts may be deposed until the close of discovery.

**February 12, 2007:**       Deadline for filing dispositive motions

**April 2007:**              Pre-trial Conference

The May 12, 2006 Initial Scheduling Conference is hereby **cancelled**.


May 2, 2006                              /s/
                                         Gladys Kessler
                                         United States District Judge

**Copies via ECF to all counsel of record**